**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF KANSAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sunburst Farms Partnership** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | __2__ __6__ – __0__ __0__ __5__ __7__ __7__ __4__ __3__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **116 W Greeley** | **PO Box 370** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Tribune**    KS    **67879** | **Tribune**    KS    **67879** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Greeley** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

---

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes. District _____  When _____ Case number _____
                                                          MM / DD / YYYY

        District _____  When _____ Case number _____
                                                          MM / DD / YYYY

        District _____  When _____ Case number _____
                                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____

Number    Street

_____

_____

City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/19/2017**
MM / DD / YYYY

X **/s/ Carol Bloesser**            **Carol Bloesser**
   Signature of authorized representative of debtor     Printed name

Title **President of Western Plains, Debtor's G**

| 18. | Signature of attorney | X **/s/ David Prelle Eron**        Date **07/19/2017** |
|---|---|---|

   Signature of attorney for debtor         MM / DD / YYYY

**David Prelle Eron**
Printed name

**Eron Law, P.A.**
Firm name

**229 E. William, Suite 100**
Number      Street

_____

**Wichita**           **KS**      **67202**
City                  State      ZIP Code

**(316) 262-5500**          **david@eronlaw.net**
Contact phone               Email address

**23429**                    **KS**
Bar number             State

**Fill in this information to identify the case**

Debtor name **Sunburst Farms Partnership**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** | | | **$100.00**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **The Bank checking account** | **Checking account** | _ 3 1 9 | $0.00 |
| 3.2. **Wells Fargo checking account** | **Checking account** | 0 5 8 1 | $466.65 |
| 3.3. **Escrow account.  Funds levied by Norder Supply and held by The Bank in escrow pursuant to its senior lien.** | **Checking account** | _ _ N A | $56,783.42 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80. | **$57,350.07**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9. Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

Current value of debtor's interest: **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............→ | $0.00 |
| 11b. Over 90 days old: | $550,466.49 | – | $118,318.12 | = ............→ | $432,148.37 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$432,148.37**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

                              Valuation method used for current value     Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                       % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

**$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Case 17-11389   Doc# 1   Filed 07/19/17   Page 6 of 83

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| Approx. 70,000 bu. harvested 2017 wheat at $4.48/bu. (about 16% of which was share-cropped on a 1/3 - 2/3 arrangement) | | | $297,425.00 |
| Approx. 1,360 ac. unharvested wheat at 20 bu./ac. valued at $4.48/bu. less estimated harvest expenses of $30,000. | | | $91,856.00 |
| 150,000 bu at $4.48/bu of 2016 wheat (contracted but not delivered) | | | $672,000.00 |
| 50,000 bu of 2016 wheat (uncontracted) at $4.48/bu | | | $224,000.00 |
| 155.92 acres of planted milo (dry) for fall harvest at 75 bu per acre and $3.83 per bu, less growing and harvesting expenses. Value is highly speculative. | | | $25,000.00 |
| 250 acres of planted feed sorghum (irrigated) for fall harvest at 10 tons per acre and $13.50 per ton, less growing and harvesting expenses. Value is highly speculative. | | | $8,750.00 |

**29. Farm animals**   *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**   (Other than titled motor vehicles)

| **Equipment and rolling stock. See list attached hereto. "Value" column represents purchase price. Handwritten notes reflect the projected gross sale value. The amount listed herein is after deducting the value of the other equipment listed separately below.** | | | **$1,022,700.00** |
|---|---|---|---|
| **2-2012 Versatile 450 Tractors** | | | **$400,000.00** |
| **1-2010 8120 Case Combine**<br>**3-2011 8120 Case Combines**<br>**2010 Case Drill/Planter with Cart**<br>**2011 3212 Case Corn Head**<br>**2009 2152 Case Head**<br>**3-2011 2152 Case Heads**<br>**2011 Case SPX 3330 Sprayer** | | | **$1,065,000.00** |

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

> **$3,806,731.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☑ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☑ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

     Add lines 39 through 42.  Copy the total to line 86.

     | $0.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☑ No.  Go to Part 9.
     ☐ Yes.  Fill in the information below.

     | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
     | --- | --- | --- | --- |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

     | $0.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

**56.    Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.        | **$0.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

**66.    Total of Part 10.**

   Add lines 60 through 65.  Copy the total to line 89.        | **$0.00** |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 11:  All other assets

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Debtor      **Sunburst Farms Partnership**                          Case number (if known) _____
          <sub>Name</sub>

**Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$57,350.07** | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | **$432,148.37** | |
| 83.  **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$3,806,731.00** | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88.  **Real property.** *Copy line 56, Part 9.* ...............................................➔ | | **$0.00** |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91.  **Total.** Add lines 80 through 90 for each column.    91a. | **$4,296,229.44** + 91b. | **$0.00** |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92....................................................................➔      **$4,296,229.44**

# SUNBURST FARMS PARTNERSHIP

| TYPE | YEAR | MAKE | MODEL | COLOR | VALUE | VIN # | TAG # | Tag renewed | LIEN HOLDER | Ins | Tag Wht |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 Wheeler | 2001 | Yamaha | 600 Grizzly w/Winch | | 4,250 *(100)* | JY4AJ02Y91A006037 | | | | Allied | |
| Auger | 1992 | Mayrath | 51' x 8' Auger | | 1,600 *(1,000)* | | | | | Allied | |
| Backhoe | | Allis-Chalmers | 715B | | 10,000 *(5,000)* | 2S24 | | | The Bank | | |
| Baler | 1996 | Case | 8465 | | 12,000 *(2,000)* | 78288 | | | | Allied | |
| Combine | Used | Case | 8120 | | 212,000 | YBG212799 | | | CNH Capital/The Bank | | |
| Combine | 2011 | Case IH | 8120 | | 273,000 *(150,000)* | YBG211681 | | | CNH Capital/The Bank | | |
| Combine | 2011 | Case IH | 8120 | | 277,000 *(150,000)* | YBG211682 | | | CNH Capital/The Bank | | |
| Combine | 2011 | Case IH | 8120 | | 265,000 *(150,000)* | YAG208722 | | | CNH Capital/The Bank | | |
| Conveyer | 2008 | Speed King | Field Loader conveyer | | 13,606 *(5,000)* | 90719600 | | | | | |
| Conveyer | 2008 | Speed King | Field Loader conveyer | | 13,000 *(5,000)* | | | | | | |
| Cultivator | 2011 | Heniken | Cultivator | | 4,500 *(1,500)* | 5000-1340-100 | | | | Allied | |
| Disc | 1978 | John Deere | 440 26' Disc | | 2,000 *(500)* | | | | | Allied | |
| Disc | 2003 | Sunflower | 1443 36' Tandem Disc | | 37,000 *(21,000)* | | | | | Allied | |
| Drill | 1970 | John Deere | 13 8-12 LZ Drills | | 6,500 *(25,000)* | | | | | Allied | |
| Drill | 1998 | Flexicoil | 5000 - 59' Air Seeder w/Air Cart | | 57,000 *(37,000)* | seeder R065811 / cart R063994 | | | | Allied | |
| Drill | 2003 | Sunflower | 9433 40' | | 51,500 *(32,000)* | 09433H20030043 | | | The Bank | | |
| Drill | 2005 | Sunflower | 9433 No-till 30' | | 35,000 *(34,000)* | 09435GZ0040090 | | | | Allied | |
| Drill | 2010 | Case IH | Air Drills Precision Drill/planter SDX40 | | 87,600 *(92,000)* | Y95003866 | | | CNH Capital | | |
| Drill cart | 2010 | Case IH | Air Systems Precision Air Cart 3380 (goes with 2010 drill) | | 49,000 *(95,600)* | Y95015771 | | | CNH Capital | | |
| Fork Lift | 1998 | Yale | fork lift | | 6,500 *(4,800)* | E177819466 | | | | Allied | |
| Fork Lift | | Cat | fork lift model R80-TOW | | 2,000 *(1,500)* | 3GJ00148 | | | | Allied | |
| Fork Lift | | Cat | 420 | | 2,500 *(1,500)* | 420590100 | | | | Allied | |
| Forks - Cat | | Cat wheel loader | Forks & Tine 2"x5"x48" & Carriage Fork | | 2,200 | 195-6935 & 132-2443 | | | | | |
| Grain Cart | 1999 | UFT Cartveyer | 4765 | | 12,000 *(10,000)* | 8597 | | | | Allied | |
| Grain Cart | 2010 | Demco | 850 | Green | 26,500 *(21,000)* | A21431 | | | The Bank | | Allied |
| Hay Wagon | 1988 | John Deere | Stack Wagon 300 | | 1,500 | 570 | | | | Allied | |
| Header | 2006 | Case IH | 2208 Corn Head | | 39,500 *(15,000)* | C8J030140 | | | The Bank | | Allied |
| Header | 2011 | Case IH | 3121 Corn Head | | 83,500 *(30,000)* | YAS023709 | | | The Bank | | |
| Header | 2009 | Case IH | 2152/DAMAGED-uninsurable *(30/03)* | | 60,000 *(2,000)* | Y9ZN06134 | | | CNH Capital/The Bank | | |
| Header | 2011 | Case IH | 2152 | | 60,000 *(45,000)* | YAZN07133 | | | CNH Capital/The Bank | | |
| Header | 2011 | Case IH | 2152 | | 60,000 *(45,000)* | YAZN07134 | | | CNH Capital/The Bank | | |
| Header | 2011 | Case IH | MI#2152 | | 62,500 *(45,000)* | YBZN07878 | | | CNH Capital/The Bank | | |
| Hoe | 2002 | Yetter | 3530 MT Rotary Hoe 30' | | 7,000 *(5,000)* | | | | | Allied | |
| Hoe | 2002 | Yetter | 3541 MT Rotary Hoe 40' | | 9,000 *(6,000)* | | | | | Allied | |
| Mower | 1993 | Toro | Groundmaster 455 D Peugot | | 4,500 *(2,500)* | | | | | Allied | |
| Mower | 2013 | Brush Hog | 2720 20' | | 19,500 *(16,000)* | 1210293 / 200293 | | | | Allied | |
| Payloader | 1973 | Caterpillar | 944 Loader | | 9,800 *(3,000)* | | | | | Allied | |
| Payloader | 1974 | Caterpillar | 944 Payloader | | 9,800 *(3,000)* | | | | | Allied | |
| Payloader | 2003 | KD | 5500 Front End Loader w/84" Bucket | Green | 4,000 *(3,000)* | 55-1429 | | | | Allied | |
| Pickup | 1983 | Ford | F250 Pickup/NOT RUNNING—Not Tagged | Brown | *(0)* | 1FTHF261XDPA92177 | UBW353 | 10/15/2010 | The Bank | | |
| Pickup | 1984 | Ford | F250 Pickup/NOT RUNNING—Not Tagged | Maroon/White | *(0)* | 1FTHF2518EPA27301 | UBW352 | 10/15/2010 | The Bank | | |
| Pickup | 1985 | Ford | F250 3/4 T Pickup/NOT RUNNING—Not Tagged | | *(0)* | 1FTHF251XFKA68723 | XRC212 | 10/15/2010 | | | |
| Pickup | 1986 | Ford | 3/4 T 4x4 | White | 1,500 *(0)* | 1FTHF2612GKA32881 | 976CXZ | 10/19/2016 | | Allied | 12000 |
| Pickup | 1986 | Ford | 3/4 T Pickup | Grey | 1,500 *(0)* | 1FTHF2612GPA19776 | 978CXZ | 10/19/2016 | | Allied | 12000 |
| Pickup | 1989 | Ford | F250 Pickup | Brown | 800 *(0)* | 1FTHF25H1KNB53648 | 650BOC | 10/19/2016 | The Bank | Allied | 12000 |
| Pickup | 1994 | Ford | F150 | Red | 5,500 *(0)* | 1FTEX14N3RKB82968 | 977CXZ | 10/19/2016 | The Bank | Allied | 12000 |
| Pickup | 1994 | GMC | Sierra 150 | White | 2,500 *(1,500)* | 2GTEK19S7R1525715 | 975CXZ | 10/19/2016 | | Allied | 12000 |
| Pickup | 1995 | Dodge | 3500 Pickup | Red/White | 6,000 *(1,500)* | 1B7MF36W0SS301470 | 598BOC | 2/16/2016 | | Allied | 16000 |
| Pickup | 2001 | Chevrolet | Silverado 1500 Base - (Scott) | Tan | 11,000 *(5,000)* | 1GCEK19T81E169481 | 033EQS | 10/19/2016 | | Progres | 12000 |
| Pickup | 2008 | Chevrolet | Silverado 1500 - (Max) | Blue | 20,000 *(12,000)* | 2GCEK13M881178114 | 827AQV | 10/19/2016 | | Progres | 12000 |
| Ripper | 2002 | Ag Engineering | 30-AUG Dammer Ripper | | 11,000 *(8,000)* | | | | | Allied | |
| Sprayer | 1996 | Terra Gator | 1844 Dry Spreader Air Max/GPS | | 42,165 *(25,000)* | 8T12486 | | | The Bank | | |
| Sprayer | 2006 | RHS Bestway | FP111 1600 Gal w/90' boom | | 36,400 *(13,000)* | 20001-06 | | | The Bank | | |
| Sprayer | 2008 | Case IH | SPX 3320 | | 202,500 *(115,000)* | Y8T022614 | | | The Bank | | |
| Sprayer | 2011 | Case IH | SPX 3330 | | 279,000 *(150,000)* | YBT029246 | | | CNH Capital | | |
| Swather | 1990 | John Deere | 1600 14' Hydro Swing | | 2,500 *(1,000)* | 855306 | | | | Allied | |
| Sweep | 2002 | Sunflower | 3392-52 9x6 | | 56,000 *(35,000)* | 20020005 | | | The Bank | | |
| Sweep | 2002 | Sunflower | 3392-52 9x6 | | 56,000 *(35,000)* | 20020010 | | | The Bank | | |
| Sweep | 2002 | Sunflower | 3392-52 9x6 | | 56,000 *(35,000)* | 20020006 | | | The Bank | | |
| Tank, Fertilizer | 1992 | Duo-Lift | 4 Tanks | | 5,000 *(3,500)* | | | | | Allied | |
| Tank, Fuel | 1979 | Trailmobile | Tank | | *(6,500)* | 0793NAM | 350BOC | Permanent | The Bank | Allied | 12001 |
| Tanker, Water | 1960 | Butler | 5th Wheel Water Tanker | | 4,100 *(3,000)* | 0793NAM | 597 BOC | 2/16/2016 | | Allied | 8000 |

# SUNBURST FARMS PARTNERSHIP

| TYPE | YEAR | MAKE | MODEL | COLOR | VALUE | VIN # | TAG # | Tag renewed | LIEN HOLDER | Ins | Tag Wht |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tiller | 2007 | Orthman | 16 Row Strip Tiller w/dual fertilizer *15,000* | | 43,300 | 1307-12 | | | The Bank | Allied | |
| Tiller | 2007 | Blue Jet | Trackmaster Pivot track *7,500* | | 2,750 | 009879 | | | | Allied | |
| Tool Bar | 1990 | Bigham Brothers | Tool Bar w/NH3 Adapters & Raven Monitor S4460 *2,500* | | 6,500 | 9604012DESCCTRSEC7Ronrdopt | | | | Allied | |
| Tractor | 1968 | John Deere | 5020 w/Loader *5,000* | | 6,500 | | | | | Allied | |
| Tractor | 1990 | Case IH | 7130/GPS *20,000* | | 38,779 | JJA0021068 | | | The Bank | Allied | |
| Tractor | 1992 | Ford | Versatile 4-WD - 946/GPS *25,000* | | 58,279 | D485015 | | | | Allied | |
| Tractor | 1995 | Ford | 9880 4WD/GPS *35,000* | | 65,280 | D101644 | | | | Allied | |
| Tractor | 1996 | Ford | 9880 4WD/GPS *35,000* | | 61,279 | | | | | Allied | |
| Tractor | 2007 | Case IH | MX305 FWA Row Crop/GPS *85,000* | | 195,500 | Z6RZ02376 | | | The Bank | Allied | |
| Tractor | 2012 | Versatile | 450 w/outbackmax 12400BMT0184 & drive BB1221000115 *500,000* | | 315,099 | 704058 | | | Versatile Finance, The Bank | Allied | |
| Tractor | 2012 | Versatile | 450 w/outbackmax 12400BMT0164 & drive BB1221000131 *200,000* | | 315,099 | 704059 | | | Versatile Finance, The Bank | Allied | |
| Trailer | 1977 | Ranco | Trailers - Fertilizer 3 axle GooseNeck *4,500* | White | 4,500 | 771221 | 771221 | Permanent | | Allied | 12000 |
| Trailer | 1978 | Muva II | Trailer for machinery *8,000* | White | 10,000 | 4116 | 525409 | Permanent | | Allied | 12001 |
| Trailer | 1985 | Diamond | Drop Deck Trailer (Sprayer) *chem equip 30,000* | Red | 20,000 | 0208 | 525402 | Permanent | | Allied | 12001 |
| Trailer | 1994 | Homemade | Trailer *1,500* | | 1,500 | KS114281 | 525408 | Permanent | | Allied | 12001 |
| Trailer | 2003 | Gooseneck | Tandem Dual 32~ Trailer *4,500* | Black | 4,500 | 1R9GU322731146810(9) | 525683 | Permanent | | Allied | 12001 |
| Trailer | 2003 | Gooseneck | Tandem Dual 32~ Trailer *4,500* | Black | 4,500 | 129GU322731468110 | need title | | | Allied | |
| Trailer | 2003 | Hitch Pull | Tandem 18~ Trailer *2,500* | Black | 2,500 | 1R9CH182931468112 | 525407 | Permanent | | Allied | 12001 |
| Trailer | 2003 | Utility | 14 ~ Trailer *1,000* | Black | 1,000 | 1R9UH162X31468113 | 525406 | Permanent | | Allied | 12001 |
| Trailer | 2014 | P.J. | Car Hauler *5,000* | | 5,430 | 4P5TG2023E1209183 | 203DQR | 2/16/2016 | | Allied | |
| Trailer, Fertilizer | 2006 | Crustbuster | 2 Trailers/1000 Gal NH3 Tanks *2,500* | | 2,500 | | //////// | | | Allied | |
| Trailer, Fertilizer | 2014 | Wylie | W2213 Triple Cone Bottom Trailer *10,000* | | 10,500 | 51229 | | | The Bank | Allied | |
| Trailer/Grain | 2008 | Maurer | Grain Trailer *18,000* | White | 21,500 | 1M9KG4229BS152057 | 525404 | Permanent | | Progres | 12001 |
| Trailer/Grain | 2008 | Maurer | Grain Trailer (Wrecked but no claim on it) *10,000* | White | 21,500 | 1M9KG42278S152056 | 525403 | Permanent | | WPF | 12001 |
| Trailer/Grain | 2010 | Maurer | Grain Trailer *18,000* | White | 21,660 | 1M9KG4228AS152024 | 525410 | Permanent | First Tribune Insurance Agency | Progres | 12001 |
| Trailer/Grain Pup | 1988 | Jet | 22' Hopper/Pup Grain Trailer *8,000* | White | 8,500 | 1J9G2210XJH009041 | 525412 | Permanent | The Bank | Allied | 12001 |
| Truck | 1967 | Ford | 2T Tandem Grain Truck/NOT RUNNING/Not Tagged | Red | | F85KUA43136 | 567 BHY | 1/21/2011 | | Allied | |
| Truck | 1967 | International | Loadstar 1800 Truck CWT *12,000* | Red | 1,200 | 416080G240511 | 566 BHY | 2/16/2016 | | Allied | 24000 |
| Truck | 1969 | Ford | 2T Tandem Grain Truck/NOT RUNNING/Not Tagged | | | M80CUF31013 | XRC 214 | 1/21/2011 | | Allied | |
| Truck | 1971 | Chevrolet | C60 Grain Truck *2500* | White/Red | 16,500 | ME631P137360 | 708 BUO | 2/16/2016 | The Bank | Allied | 54000 |
| Truck | 1971 | Chevrolet | Tire Truck *2000* | White | 3,000 | CE331J645087 | 194107 Antiq | 2/16/2016 | | Allied | 12000 |
| Truck | 1977 | International | Semi/NOT RUNNING/Not Tagged *2000* | White | | KS105686 | XRC 215 | 1/21/2011 | | Allied | |
| Truck | 1978 | GMC | 6500 Truck 2T | Green | 500 | TCE678U587787 | 707 BUO | 2/16/2016 | The Bank | Allied | 16000 |
| Truck | 1980 | Freightliner | Tandem 25~Box & Hoist (Heavy Highway Vehicle) *4000* | White | 3,000 | CB113HP186555 | 705 BUO | 2/16/2016 | The Bank | Allied | 54000 |
| Truck | 1990 | GMC | Top Kick w/flat bed *1,500* | | 3,000 | 1GDJ7H1J8L602211 | 448 DQR | 10/19/2016 | The Bank | Allied | 12000 |
| Truck | 1992 | International | Truck/NOT RUNNING/Not Tagged | | 0 | 1HTSAZPP4NH403021 | | | | | |
| Truck | 1994 | International | 8100 Grain Truck/Hoistbox (Heavy Highway Vehicle) *15,000* | Red | 18,000 | 1HSHCAURXRH595258 | 727 BHY | 2/16/2016 | | Allied | 60000HW |
| Truck | 1995 | GMC | Top Kick *5000* | Orange | 3,000 | 1GDG6H1J4SJ516079 | 911 BOC | 10/19/2016 | The Bank | Allied | 12000 |
| Truck/Grain | 1958 | Chevrolet | Truck *1,000* | White | 1,500 | V6B58K133574 | 96814 Antiqu | | | Allied | |
| Truck/Semi | 1967 | Kenworth | Heavy Truck - Semi (Heavy Highway Vehicle)(track) *1000* | Blue | 4,000 | 204133 | 703 BUO | 2/16/2016 | The Bank | Allied | 85000HW |
| Truck/Semi | 1997 | Freightliner | Semi (Heavy Highway Vehicle) | Black | 5,900 | 1FUYDSEB7VL844824 | 709 BUO | 2/16/2016 | The Bank | Allied | 85000HW |
| Truck/Semi | 1999 | Western Star | Semi (Heavy Highway Vehicle) *14,000* | Blue | 20,000 | 2WKEDDCJ5XK955375 | 776 ACK | 2/28/2017 | The Bank | Progres | 85000HW |
| Truck/Semi | 1999 | Freightliner | Semi (Heavy Highway Vehicle) *11,000* | Maroon | 11,500 | 1FUYSSEB6XLA63322 | 985CXZ | 2/28/2017 | | Progres | 85000HW |
| Truck/Semi #2 | 2000 | Peterbilt #2 | 379 Semi Truck (Heavy Highway Vehicle)(Big Pete) *20,000* | White | 22,000 | 1XP5DB9XXYD480847 | 726 BHY | 2/16/2016 | | Progres | 85000HW |
| Truck/Semi #3 | 1990 | Peterbilt #3 | Semi Truck (Heavy Highway Vehicle)(Little Pete) *6,500* | White | 10,000 | 1XPCD89X3LN291998 | 710 BUO | 2/16/2016 | The Bank | Allied | 85000HW |
| | | | **$2,712,700.00** TOTAL | | 4,284,621 | | | | | | |

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** **Creditor's name** **CNH Industrial Capital** | **Describe debtor's property that is subject to a lien** **Unknown** | $165,235.41    $1,065,000.00 |

**Creditor's mailing address**
**PO Box 894703**

**Describe the lien**
**Agreement**

**Los Angeles          CA    90189-4703**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

  **1) CNH Industrial Capital; 2) The Bank Oberlin Winona Branch.**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                               $2,434,532.91

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Part 1:      Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

| Creditor's name<br>**Lease Finance Partners** | Describe debtor's property that is<br>subject to a lien | $186,000.00 | $400,000.00 |
|---|---|---|---|

Creditor's mailing address
**4825 E Douglas Suite 400**

**Tractors**

Describe the lien
**Equipment Refinance**

_____

**Wichita          KS    67218**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

_____

Date debt was incurred _____

**Is anyone else liable on this claim?**

☐ No

Last 4 digits of account
number          ___ ___ ___ ___

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☑ Yes.  Have you already specified the
relative priority?

☐ Unliquidated

☑ Disputed

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**1) Lease Finance Partners; 2)
The Bank Oberlin Winona
Branch.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

**No UCC-1 filed**

| Debtor | Sunburst Farms Partnership | | Case number (if known) | |
|---|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3** Creditor's name
**Norder Supply Inc**

Creditor's mailing address
**136 Main St**

_____

**Bruning          NE    68322**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) The Bank Oberlin Winona Branch; 2) Norder Supply Inc.**

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Material / Services**

Describe the lien
**Goods and Services / Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$148,225.52**      **$56,783.42**

---

**2.4** Creditor's name
**The Bank Oberlin Winona Branch**

Creditor's mailing address
**PO Box 235**

_____

**Winona          KS    67764**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines **2.1, 2.2, 2.3**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,935,071.98**      **$4,295,662.79**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CNH Capital America LLC** | Line   **2.1** | ___ ___ ___ ___ |
| **100 Brubaker Ave** | | |
| | | |
| **New Holland**    **PA**    **17557** | | |
| **Jake W Brooks** | Line   **2.3** | ___ ___ ___ ___ |
| **Attorney at Law** | | |
| **101 E Sixth** | | |
| **PO Box 664** | | |
| **Scott City**    **KS**    **67871** | | |

**Fill in this information to identify the case:**

Debtor     **Sunburst Farms Partnership**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**   **Priority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$4,187.29**     **$0.00**

**Dylan Steele**

**610 Michigan Avenue**

_____

☐ Contingent
☑ Unliquidated
☐ Disputed

_____

**Tribune**     **KS**     **67879-7828**

**Basis for the claim:**
**Payroll**

Date or dates debt was incurred

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

**2.2**   **Priority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$3,571.82**     **$0.00**

**Jeffrey Rupp**

**526 N Main**

_____

☐ Contingent
☑ Unliquidated
☐ Disputed

_____

**Sharon Springs**     **KS**     **67758**

**Basis for the claim:**
**Payroll**

Date or dates debt was incurred

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

| Debtor | **Sunburst Farms Partnership** | Case number (if known) | |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Laken Steele**

**665 Road G**

**Tribune**      **KS**     **67879-7944**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$4,876.34**    Priority amount: **$0.00**

---

**2.4** Priority creditor's name and mailing address

**Laren Steele**

**665 Road G**

**Tribune**      **KS**     **67879-7944**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$4,189.92**    Priority amount: **$0.00**

---

**2.5** Priority creditor's name and mailing address

**Larry Steele**

**PO Box 688**

**Tribune**      **KS**     **67879-0688**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$7,016.00**    Priority amount: **$0.00**

| Debtor | **Sunburst Farms Partnership** | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|
|  | **$5,988.74** | **$0.00** |

**2.6**  Priority creditor's name and mailing address

**Max Steele**

**697 Road G**

**Tribune**          **KS**      **67879-7944**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

|  | Total claim | Priority amount |
|---|---|---|
|  | **$4,140.88** | **$0.00** |

**2.7**  Priority creditor's name and mailing address

**Scott Steele**

**510 Michigan Ave**

**Tribune**          **KS**      **67879-7828**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F                   Schedule E/F: Creditors Who Have Unsecured Claims                   page 3

| Debtor | **Sunburst Farms Partnership** | Case number (if known) |
|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**1st Choice Insurance LLC**

**PO Box 397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

| **Tribune** | **KS** | **67879** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,504.11 |
|---|---|---|---|

**Ag Power Equipment Co Inc**

**PO Box 249**

**1385 KS 27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Services**

| **Sharon Springs** | **KS** | **67758** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**AG Solutions LLC Inc**

**405 Pikes Peak Rd**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Services**

| **Chickasha** | **OK** | **73018** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,311.45 |
|---|---|---|---|

**AG Tire Service LLC**

**PO Box 266**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Services**

| **Tribune** | **KS** | **67879** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Should be offset by A/R.**

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 4

| Debtor | **Sunburst Farms Partnership** | Case number (if known) | |
|--------|-------------------------------|------------------------|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109,000.00** |
|---|---|---|---|

**Agricredit Acceptance LLC**

**PO Box 2000**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Johnston**      **IA**     **50131**

**Basis for the claim:**
**Equipment Loan Deficiency**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5**   **0**   **0**   **0**

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,210.67** |
|---|---|---|---|

**Air Care Inc**

**PO Box 352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lamar**      **CO**    **81052**

**Basis for the claim:**
**Business Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,716.51** |
|---|---|---|---|

**Ark Valley Oil Company LLC**

**204 W Ave A**

**PO Box 1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Syracuse**      **KS**    **67878**

**Basis for the claim:**
**Fuel**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,709.22** |
|---|---|---|---|

**Bank of America**

**PO Box 15796**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**      **DE**    **19886-5710**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 5

Debtor    **Sunburst Farms Partnership**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$276,553.04**

**Bartlett Grain Company LP**

☐ Contingent

**4900 Main Street  Suite 1200**

☐ Unliquidated

**Kansas City MO USA**

☐ Disputed

**Basis for the claim:**

**Business Services**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$380.48**

**Brandl Electric**

☐ Contingent

**206 E Emporia**

☐ Unliquidated

**PO Box 46**

☐ Disputed

**Basis for the claim:**

**Tribune              KS      67879**

**Services Rendered**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$168,014.97**

**Carol Bloesser Trust**

☐ Contingent

**PO Box 370**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Tribune              KS      67879**

**Loan**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$14,148.90**

**CitiBusiness Card**

☐ Contingent

**701 E 60th St N**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Sioux Falls          SD      57104**

**Credit Card**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| Debtor | Sunburst Farms Partnership | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

Colorado Retail Ventures

Eagle Convenience Stores

PO Box 867

Sterling        CO    80751

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$18,672.60

**3.14** Nonpriority creditor's name and mailing address

Crop Protection Services Inc

505 N 4th St

Leoti        KS    67861

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,707.76

**3.15** Nonpriority creditor's name and mailing address

Crosswire Tire & Auto LLC

PO Box 100

304 Broadway

Tribune        KS    67879

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$119.60

**3.16** Nonpriority creditor's name and mailing address

Dinkel Tire Service

525 Main St

Sharon Springs        KS    67758

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17.73

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**  Nonpriority creditor's name and mailing address

**East Cheyenne GWMD**

**PO Box 193**

**Cheyenne Wells**            **CO**    **80810**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Medical**

Is the claim subject to offset?
☒ No
☐ Yes

**$50.00**

**3.18**  Nonpriority creditor's name and mailing address

**Fairbanks Equipment Inc**

**3700 Jewell**

**Wichita**                  **KS**    **67213**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,499.07**

**3.19**  Nonpriority creditor's name and mailing address

**Foley Industries Inc**

**1601 E 77th St N**

**Valley Center**            **KS**    **67147**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,135.80**

**3.20**  Nonpriority creditor's name and mailing address

**Frontier Ag Inc**

**PO Box 937**

**Cheyenne Wells**            **CO**    **80810**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$205,010.97**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,027.68 |

**3.21**

Nonpriority creditor's name and mailing address

__**Golden Plains Outback**_____

__**650 East Pine Street**_____

_____

__**Colby**_____**KS**____**67701**_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Services**_____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $3,027.68**

---

**3.22**

Nonpriority creditor's name and mailing address

__**Goodland Yost Farm Supply**_____

__**328 W Hwy 24**_____

_____

__**Goodland**_____**KS**____**67735-9618**____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Services**_____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $725.72**

---

**3.23**

Nonpriority creditor's name and mailing address

__**Grain Conditioning Inc**_____

__**1305 Black Hawk Rd**_____

_____

__**Eaton**_____**CO**____**80615-9043**____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Business Services**_____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $8,685.94**

---

**3.24**

Nonpriority creditor's name and mailing address

__**Greeley County Treasurer**_____

__**616 2nd St**_____

_____

__**Tribune**_____**KS**____**67879**_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__**Taxes**_____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim: $3,579.76**

| Debtor | Sunburst Farms Partnership | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**$2,323.04**

High Plains Energy

PO Box 1113

110 W Chestnut

Garden City      KS     67846-1113

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**3.26** Nonpriority creditor's name and mailing address

**$18,285.00**

Integrity Ag Sales LLC

co Jonathan & Kimberly Dansel

590 Rocky Rd

Weskan      KS     67762

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Goods and Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**3.27** Nonpriority creditor's name and mailing address

**$354.96**

JL Exempt Workers Insurance

PO Box 187

Longview      TX     75606

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Insurance**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**3.28** Nonpriority creditor's name and mailing address

**$16,977.86**

K Coe Isom Inc

PO Box 1100

Salina      KS     67402-1100

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Sunburst Farms Partnership** | Case number (if known) | |
|--------|------------------------------|------------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | | **$4,267.68** |
|------|--|--|--|

**KC Electric**

**422 3rd Avenue**

**PO Box 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Hugo**                    **CO        80821-0008**

Basis for the claim:
**Business Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | **$10,386.63** |
|------|--|--|--|

**L and N Pump Inc**

**PO Box 504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Johnson**                    **KS        67855**

Basis for the claim:
**Business Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | **$242.40** |
|------|--|--|--|

**Logan County Implement**

**3548 US-40**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Oakley**                    **KS        67748**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | **$0.00** |
|------|--|--|--|

**Merchants Capital Resources**

**7600 Parklawn Ave Ste 384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Minneapolis**                    **MN        55435**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Midwest Energy Inc**

**1125 S Range Ave**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Colby**     KS    67701

Basis for the claim:
**Utilities**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,699.05 |

**Mittens Auto Plaza**

**1001 US-40**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Oakley**     KS    67748

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,912.68 |

**Mosers Garage and Auto Inc**

**West Highway 96**

**PO Box 520**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tribune**     KS    67879-0520

Basis for the claim:
**Business Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,076.44 |

**Myers Implement Inc**

**309 Broadway**

**PO Box 337**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tribune**     KS    67879-0377

Basis for the claim:
**Business Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims     page 12

| Debtor | **Sunburst Farms Partnership** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.37** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**  Check all that apply. |

**Nationwide**

**PO Box 10479**

| | | |
|---|---|---|
| **Des Moines** | **IA** | **50306-0479** |

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:**
**Business Services**

**$1,424.01**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
□ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Performance Automotive Inc**

**PO Box 501**

| | | |
|---|---|---|
| **Lamar** | **CO** | **81052-0501** |

**As of the petition filing date, the claim is:**  Check all that apply.

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:**
**Goods and Services**

**$9,417.64**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
□ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**PHI Financial Services**

**O Box 660635**

| | | |
|---|---|---|
| **Dallas** | **TX** | **75266-0635** |

**As of the petition filing date, the claim is:**  Check all that apply.

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:**
**Goods and Services**

**$84,497.90**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
□ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**Pierce Lumber Co Inc**

**201 West Greeley Ave**

**PO Box 369**

| | | |
|---|---|---|
| **Tribune** | **KS** | **67879-0369** |

**As of the petition filing date, the claim is:**  Check all that apply.

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:**
**Goods and Services**

**$4,999.78**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
□ Yes

Debtor  **Sunburst Farms Partnership**                           Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,131.14 |

**Plains Mountain Truck & Eq In**

**PO Box 489**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sharon Springs**              **KS**      **67758-0489**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $238,001.03 |

**Poole Chemical Co Inc**

**PO Box 10**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Texline**                     **TX**      **79087-0010**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,302.65 |

**ProEx II**

**705 Ora St**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Scott City**                  **KS**      **67871-1842**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,869.62 |

**Servi Tech Inc**

**PO Box 1397**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dodge City**                  **KS**      **67801-1397**

Basis for the claim:
**Goods and Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**  Nonpriority creditor's name and mailing address

**Sharon Springs Auto Parts**

**South Highway 27**

**Box 623**

**Sharon Springs**            **KS**      **67758**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$329.66

---

**3.46**  Nonpriority creditor's name and mailing address

**Sipes Seed Sales Inc**

**12894 South Rd X**

**Manter**            **KS**      **67862**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$22,230.89

---

**3.47**  Nonpriority creditor's name and mailing address

**Skiles Industries**

**101 Grant St**

**Atwood**            **KS**      **67730**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,784.45

---

**3.48**  Nonpriority creditor's name and mailing address

**Stateline Electric Service Inc**

**PO Box 367**

**Sharon Springs**            **KS**      **67758**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,773.57

---

| Debtor | Sunburst Farms Partnership | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49** Nonpriority creditor's name and mailing address

**Stockholm Grain LLC**

**419 S Gardner St**

**PO Box 547**

**Sharon Springs**     **KS**     **67758**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,600.00**

---

**3.50** Nonpriority creditor's name and mailing address

**Sunray Farm**

**PO Box 701**

**Tribune**     **KS**     **67879**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loans**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,509,263.54**

---

**3.51** Nonpriority creditor's name and mailing address

**Sunshine Farms LP**

**PO Box 422**

**Tribune**     **KS**     **67879**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$104,872.39**

---

**3.52** Nonpriority creditor's name and mailing address

**Tumbleweed Welding and Repair**

**606 W Park**

**Holly**     **CO**     **81047**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$180.00**

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 16

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,113.18

__Western Kansas Valley Inc__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 399__

Basis for the claim:
__Business Services__

__Sharon Springs__            KS      67758-0399

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$96,307.65

__Western Plains Funds Inc__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 701__

Basis for the claim:
__Loan__

__Tribune__            KS      67879

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Co Bank care of** <br> **Farm Credit Leasing Services Corp** <br> **600 Hwy 169 South Suite 300** <br><br> **Minneapolis**    **MN**    **55426** | Line   **3.5** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.2**   **David Black** <br> **101 S Main St** <br><br><br> **Johnson City**    **KS**    **67855** | Line   **3.7** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.3**   **DLL Finance LLC** <br> **PO Box 14535** <br><br><br> **Des Moines**    **IA**    **50306-3535** | Line  _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.4**   **Internal Revenue Service** <br> **PO Box 7346** <br><br><br> **Philadelphia**    **PA**    **19101-7346** | Line  _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.5**   **Jeff Emerson** <br> **Conlee Schmidt Emerson** <br> **200 W Douglas Suite 300** <br><br> **Wichita**    **KS**    **67202** | Line   **3.9** <br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.6**   **Kansas Department of Revenue** <br> **Civil Tax Enforcement** <br> **PO Box 12005** <br> **Topeka KS 66601-30058** | Line  _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.7 **Lance Cochran**
**Kennedy Berkley**
**119 West Iron 7th Floor**
**PO Box 2567**
**Salina                KS      67402**

Line __**3.20**__

☐ Not listed.  Explain:

___ ___ ___ ___

4.8 **Trent Wetta**
**PO Box 8166**

**Wichita             KS      67208**

Line __**3.9**__

☐ Not listed.  Explain:

___ ___ ___ ___

4.9 **US Attorney Wichita**
**1200 Epic Center**
**301 N Main**

**Wichita             KS      67202**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$33,970.99** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$4,132,506.82** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$4,166,477.81** |

**Fill in this information to identify the case:**

Debtor name  **Sunburst Farms Partnership**

United States Bankruptcy Court for the:  **DISTRICT OF KANSAS**

Case number
(if known)

Chapter  **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Grain Forward Contract Contract to be ASSUMED | Lansing Trade Group |
| | | | 10975 Benson Drive Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Overland Park        KS      66210 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Grain forward contract Contract to be ASSUMED | Scoular Company |
| | | | 12501 West US-50 Scenic |
| | State the term remaining | | |
| | List the contract number of any government contract | | Coolidge        KS      67836 |

**Fill in this information to identify the case:**

Debtor name    **Sunburst Farms Partnership**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Carol Bloesser** | **PO Box 422** <br> Number  Street <br><br> **Tribune**  **KS**  **67879** <br> City  State  ZIP Code | **Agricredit Acceptance LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2  **Carol Bloesser** | **PO Box 422** <br> Number  Street <br><br> **Tribune**  **KS**  **67879** <br> City  State  ZIP Code | **Bank of America** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3  **Carol Bloesser** | **PO Box 422** <br> Number  Street <br><br> **Tribune**  **KS**  **67879** <br> City  State  ZIP Code | **CitiBusiness Card** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4  **Carol Bloesser** | **PO Box 422** <br> Number  Street <br><br> **Tribune**  **KS**  **67879** <br> City  State  ZIP Code | **Bartlett Grain Company LP** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.5** | Carol Bloesser | PO Box 422 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | CNH Industrial Capital | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.6** | Carol Bloesser | PO Box 422 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | Lease Finance Partners | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.7** | Carol Bloesser | PO Box 422 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | Norder Supply Inc | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.8** | Carol Bloesser | PO Box 422 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | Poole Chemical Co Inc | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.9** | Carol Bloesser | PO Box 422 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | The Bank Oberlin Winona Branch | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.10** | Larry Steele | PO Box 688 <br> Number     Street <br><br> Tribune          KS    67879-0688 <br> City                State   ZIP Code | Ark Valley Oil Company LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.11** | Red Sunrise Farms LLC | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | 1st Choice Insurance LLC | ☐ D <br> ☑ E/F <br> ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 41 of 83

## ▰ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

*Check all schedules that apply:*

**Name**    **Mailing address**    **Name**

**2.12 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **Ag Power Equipment Co Inc**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.13 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **AG Solutions LLC Inc**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.14 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **AG Tire Service LLC**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.15 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **Agricredit Acceptance LLC**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.16 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **Air Care Inc**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.17 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **Ark Valley Oil Company LLC**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

**2.18 Red Sunrise Farms LLC** — **PO Box 701**
Number Street
    **Bank of America**
☐ D
☑ E/F
☐ G

**Tribune**   **KS**   **67879**
City   State   ZIP Code

| Debtor | __Sunburst Farms Partnership__ | Case number (if known) _____ |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.19** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | Bartlett Grain Company LP | ☐ D<br>☑ E/F<br>☐ G |
| **2.20** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | Brandl Electric | ☐ D<br>☑ E/F<br>☐ G |
| **2.21** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | Carol Bloesser Trust | ☐ D<br>☑ E/F<br>☐ G |
| **2.22** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | CitiBusiness Card | ☐ D<br>☑ E/F<br>☐ G |
| **2.23** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | CNH Capital America LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.24** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | CNH Industrial Capital | ☑ D<br>☐ E/F<br>☐ G |
| **2.25** | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS    67879<br>City               State   ZIP Code | Co Bank care of | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.26 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Colorado Retail Ventures | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.27 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Crop Protection Services Inc | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.28 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Crosswire Tire & Auto LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.29 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Dinkel Tire Service | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.30 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | DLL Finance LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.31 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Dylan Steele | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.32 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | East Cheyenne GWMD | ☐ D <br> ☑ E/F <br> ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 44 of 83

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

*Check all schedules that apply:*

| | Name | Mailing address | Name | |
|---|---|---|---|---|
| 2.33 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Fairbanks Equipment Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.34 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Foley Industries Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Frontier Ag Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Golden Plains Outback | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Goodland Yost Farm Supply | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Grain Conditioning Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.39 | Red Sunrise Farms LLC | PO Box 701<br>*Number    Street*<br><br>Tribune          KS    67879<br>*City                State  ZIP Code* | Greeley County Treasurer | ☐ D<br>☑ E/F<br>☐ G |

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
| --- | --- |

| | Name | Mailing address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.40 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | High Plains Energy | ☐ D<br>☑ E/F<br>☐ G |
| 2.41 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | Integrity Ag Sales LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.42 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | Jake W Brooks | ☐ D<br>☑ E/F<br>☐ G |
| 2.43 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | Jeff Emerson | ☐ D<br>☑ E/F<br>☐ G |
| 2.44 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | Jeffrey Rupp | ☐ D<br>☑ E/F<br>☐ G |
| 2.45 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | K Coe Isom Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.46 | Red Sunrise Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune          KS     67879<br>City                State   ZIP Code | KC Electric | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Sunburst Farms Partnership**                          Case number (if known) _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.47** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **L and N Pump Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.48** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Laken Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.49** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Laren Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.50** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Larry Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.51** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Lease Finance Partners** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.52** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Max Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.53** | **Red Sunrise Farms LLC** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Merchants Capital Resources** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.54 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Midwest Energy Inc | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.55 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Mittens Auto Plaza | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.56 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Mosers Garage and Auto Inc | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.57 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Myers Implement Inc | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.58 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Nationwide | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.59 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Norder Supply Inc | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.60 | Red Sunrise Farms LLC | PO Box 701 <br> Number    Street <br><br> Tribune    KS    67879 <br> City    State    ZIP Code | Performance Automotive Inc | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|

**2.61** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

PHI Financial Services
☐ D
☑ E/F
☐ G

**2.62** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

Pierce Lumber Co Inc
☐ D
☑ E/F
☐ G

**2.63** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

Plains Mountain Truck & Eq In
☐ D
☑ E/F
☐ G

**2.64** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

Poole Chemical Co Inc
☐ D
☑ E/F
☐ G

**2.65** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

ProEx II
☐ D
☑ E/F
☐ G

**2.66** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

Scott Steele
☐ D
☑ E/F
☐ G

**2.67** Red Sunrise Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City             State   ZIP Code

Servi Tech Inc
☐ D
☑ E/F
☐ G

Debtor    **Sunburst Farms Partnership**                          Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | | | Check all schedules that apply: |

**Name** / **Mailing address** / **Name**

**2.68  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Sharon Springs Auto Parts**
☐ D  ☑ E/F  ☐ G

**2.69  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Sipes Seed Sales Inc**
☐ D  ☑ E/F  ☐ G

**2.70  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Skiles Industries**
☐ D  ☑ E/F  ☐ G

**2.71  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Stateline Electric Service Inc**
☐ D  ☑ E/F  ☐ G

**2.72  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Stockholm Grain LLC**
☐ D  ☑ E/F  ☐ G

**2.73  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Sunray Farm**
☐ D  ☑ E/F  ☐ G

**2.74  Red Sunrise Farms LLC**
PO Box 701
Number        Street

Tribune            KS    67879
City                      State    ZIP Code

**Sunshine Farms LP**
☐ D  ☑ E/F  ☐ G

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.75** | Red Sunrise Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | The Bank Oberlin Winona Branch | ☑ D<br>☐ E/F<br>☐ G |
| **2.76** | Red Sunrise Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | Trent Wetta | ☐ D<br>☑ E/F<br>☐ G |
| **2.77** | Red Sunrise Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | Tumbleweed Welding and Repair | ☐ D<br>☑ E/F<br>☐ G |
| **2.78** | Red Sunrise Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | Western Kansas Valley Inc | ☐ D<br>☑ E/F<br>☐ G |
| **2.79** | Red Sunrise Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | Western Plains Funds Inc | ☐ D<br>☑ E/F<br>☐ G |
| **2.80** | Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | 1st Choice Insurance LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.81** | Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune   KS   67879<br>City   State   ZIP Code | Ag Power Equipment Co Inc | ☐ D<br>☑ E/F<br>☐ G |

## ▉ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.82 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | AG Solutions LLC Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.83 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | AG Tire Service LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.84 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | Agricredit Acceptance LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.85 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | Air Care Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.86 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | Ark Valley Oil Company LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.87 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.88 Sunset Farms LLC | PO Box 701<br>Number   Street<br><br>Tribune       KS   67879<br>City       State   ZIP Code | Bartlett Grain Company LP | ☐ D<br>☑ E/F<br>☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 52 of 83

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| | | | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.89  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **Brandl Electric** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.90  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **Carol Bloesser Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.91  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **CitiBusiness Card** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.92  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **CNH Capital America LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.93  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **CNH Industrial Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.94  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **Co Bank care of** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.95  **Sunset Farms LLC** | **PO Box 701** <br> Number      Street <br><br> **Tribune**      **KS**    **67879** <br> City                    State    ZIP Code | **Colorado Retail Ventures** | ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|

**2.96 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**Crop Protection Services Inc**

☐ D
☑ E/F
☐ G

**2.97 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**Crosswire Tire & Auto LLC**

☐ D
☑ E/F
☐ G

**2.98 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**Dinkel Tire Service**

☐ D
☑ E/F
☐ G

**2.99 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**DLL Finance LLC**

☐ D
☑ E/F
☐ G

**2.100 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**Dylan Steele**

☐ D
☑ E/F
☐ G

**2.101 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**East Cheyenne GWMD**

☐ D
☑ E/F
☐ G

**2.102 Sunset Farms LLC**

PO Box 701
Number    Street

Tribune            KS    67879
City                State   ZIP Code

**Fairbanks Equipment Inc**

☐ D
☑ E/F
☐ G

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.103** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Foley Industries Inc** | ☐ D<br>☒ E/F<br>☐ G |
| **2.104** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Frontier Ag Inc** | ☐ D<br>☒ E/F<br>☐ G |
| **2.105** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Golden Plains Outback** | ☐ D<br>☒ E/F<br>☐ G |
| **2.106** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Goodland Yost Farm Supply** | ☐ D<br>☒ E/F<br>☐ G |
| **2.107** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Grain Conditioning Inc** | ☐ D<br>☒ E/F<br>☐ G |
| **2.108** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **Greeley County Treasurer** | ☐ D<br>☒ E/F<br>☐ G |
| **2.109** Sunset Farms LLC | PO Box 701<br>Number     Street<br><br>Tribune              KS    67879<br>City                  State   ZIP Code | **High Plains Energy** | ☐ D<br>☒ E/F<br>☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 55 of 83

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**Name** / **Mailing address** / **Name** / Check all schedules that apply:

**2.110** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**Integrity Ag Sales LLC**

☐ D
☑ E/F
☐ G

**2.111** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**Jake W Brooks**

☐ D
☑ E/F
☐ G

**2.112** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**Jeff Emerson**

☐ D
☑ E/F
☐ G

**2.113** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**Jeffrey Rupp**

☐ D
☑ E/F
☐ G

**2.114** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**K Coe Isom Inc**

☐ D
☑ E/F
☐ G

**2.115** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**KC Electric**

☐ D
☑ E/F
☐ G

**2.116** Sunset Farms LLC

PO Box 701
Number     Street

Tribune          KS     67879
City                  State   ZIP Code

**L and N Pump Inc**

☐ D
☑ E/F
☐ G

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.117 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Laken Steele** | ☐ D<br>☑ E/F<br>☐ G |
| **2.118 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Laren Steele** | ☐ D<br>☑ E/F<br>☐ G |
| **2.119 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Larry Steele** | ☐ D<br>☑ E/F<br>☐ G |
| **2.120 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Lease Finance Partners** | ☑ D<br>☐ E/F<br>☐ G |
| **2.121 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Max Steele** | ☐ D<br>☑ E/F<br>☐ G |
| **2.122 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Merchants Capital Resources** | ☐ D<br>☑ E/F<br>☐ G |
| **2.123 Sunset Farms LLC** | PO Box 701<br>Number     Street<br><br>Tribune     **KS**   67879<br>City     State   ZIP Code | **Midwest Energy Inc** | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.124** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Mittens Auto Plaza** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.125** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Mosers Garage and Auto Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.126** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Myers Implement Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.127** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Nationwide** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.128** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Norder Supply Inc** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.129** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Performance Automotive Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.130** Sunset Farms LLC | **PO Box 701** <br> Number   Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **PHI Financial Services** | ☐ D <br> ☑ E/F <br> ☐ G |

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.131 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Pierce Lumber Co Inc** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.132 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Plains Mountain Truck & Eq In** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.133 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Poole Chemical Co Inc** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.134 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **ProEx II** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.135 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Scott Steele** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.136 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Servi Tech Inc** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.137 Sunset Farms LLC** | PO Box 701 <br> Number   Street <br><br> Tribune          KS   67879 <br> City                State  ZIP Code | **Sharon Springs Auto Parts** | ☐ D <br> ☒ E/F <br> ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 59 of 83

| Debtor | **Sunburst Farms Partnership** | Case number (if known) |
|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | | Check all schedules that apply: |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | |
| **2.138** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Sipes Seed Sales Inc** | ☐ D<br>☑ E/F<br>☐ G |
| **2.139** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Skiles Industries** | ☐ D<br>☑ E/F<br>☐ G |
| **2.140** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Stateline Electric Service Inc** | ☐ D<br>☑ E/F<br>☐ G |
| **2.141** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Stockholm Grain LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.142** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Sunray Farm** | ☐ D<br>☑ E/F<br>☐ G |
| **2.143** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **Sunshine Farms LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.144** Sunset Farms LLC | PO Box 701<br>Number        Street<br><br>Tribune                          KS      67879<br>City                                  State    ZIP Code | | **The Bank Oberlin Winona Branch** | ☑ D<br>☐ E/F<br>☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 60 of 83

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |

| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|
| **2.145** Sunset Farms LLC | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **Trent Wetta** | ☐ D ☑ E/F ☐ G |
| **2.146** Sunset Farms LLC | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **Tumbleweed Welding and Repair** | ☐ D ☑ E/F ☐ G |
| **2.147** Sunset Farms LLC | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **Western Kansas Valley Inc** | ☐ D ☑ E/F ☐ G |
| **2.148** Sunset Farms LLC | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **Western Plains Funds Inc** | ☐ D ☑ E/F ☐ G |
| **2.149** Western Plains Funds Inc | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **1st Choice Insurance LLC** | ☐ D ☑ E/F ☐ G |
| **2.150** Western Plains Funds Inc | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **Ag Power Equipment Co Inc** | ☐ D ☑ E/F ☐ G |
| **2.151** Western Plains Funds Inc | PO Box 701 <br> Number      Street <br><br> Tribune                KS    67879 <br> City                         State   ZIP Code | **AG Solutions LLC Inc** | ☐ D ☑ E/F ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 61 of 83

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.152 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | AG Tire Service LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.153 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Agricredit Acceptance LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.154 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Air Care Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.155 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Ark Valley Oil Company LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.156 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Bank of America | ☐ D<br>☑ E/F<br>☐ G |
| 2.157 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Bartlett Grain Company LP | ☐ D<br>☑ E/F<br>☐ G |
| 2.158 | Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune        KS   67879<br>City              State   ZIP Code | Brandl Electric | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.159 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **Carol Bloesser Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.160 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **CitiBusiness Card** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.161 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **CNH Capital America LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.162 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **CNH Industrial Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.163 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **Co Bank care of** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.164 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **Colorado Retail Ventures** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.165 Western Plains Funds Inc** | PO Box 701 <br> Number     Street <br><br> Tribune          KS    67879 <br> City                State  ZIP Code | **Crop Protection Services Inc** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor  **Sunburst Farms Partnership**          Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.166 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | Crosswire Tire & Auto LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.167 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | Dinkel Tire Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.168 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | DLL Finance LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.169 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | Dylan Steele | ☐ D<br>☑ E/F<br>☐ G |
| 2.170 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | East Cheyenne GWMD | ☐ D<br>☑ E/F<br>☐ G |
| 2.171 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | Fairbanks Equipment Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.172 Western Plains Funds Inc | PO Box 701<br>Number   Street<br><br>Tribune          KS   67879<br>City          State   ZIP Code | Foley Industries Inc | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**Name** / **Mailing address** — **Name** / *Check all schedules that apply:*

**2.173 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Frontier Ag Inc**

☐ D
☑ E/F
☐ G

---

**2.174 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Golden Plains Outback**

☐ D
☑ E/F
☐ G

---

**2.175 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Goodland Yost Farm Supply**

☐ D
☑ E/F
☐ G

---

**2.176 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Grain Conditioning Inc**

☐ D
☑ E/F
☐ G

---

**2.177 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Greeley County Treasurer**

☐ D
☑ E/F
☐ G

---

**2.178 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**High Plains Energy**

☐ D
☑ E/F
☐ G

---

**2.179 Western Plains Funds Inc**

PO Box 701
Number    Street

Tribune                KS    67879
City                  State   ZIP Code

**Integrity Ag Sales LLC**

☐ D
☑ E/F
☐ G

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

**Name** / **Mailing address** / **Name** / *Check all schedules that apply:*

**2.180** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

Jake W Brooks

☐ D
☑ E/F
☐ G

**2.181** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

Jeff Emerson

☐ D
☑ E/F
☐ G

**2.182** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

Jeffrey Rupp

☐ D
☑ E/F
☐ G

**2.183** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

K Coe Isom Inc

☐ D
☑ E/F
☐ G

**2.184** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

KC Electric

☐ D
☑ E/F
☐ G

**2.185** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

L and N Pump Inc

☐ D
☑ E/F
☐ G

**2.186** Western Plains Funds Inc
PO Box 701
Number        Street

Tribune                    KS    67879
City                          State   ZIP Code

Laken Steele

☐ D
☑ E/F
☐ G

Case 17-11389    Doc# 1    Filed 07/19/17    Page 66 of 83

## ◼ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | | | *Check all schedules that apply:* |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| **2.187 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Laren Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.188 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Larry Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.189 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Lease Finance Partners** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.190 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Max Steele** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.191 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Merchants Capital Resources** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.192 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Midwest Energy Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.193 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**    **67879** <br> City    State    ZIP Code | **Mittens Auto Plaza** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Sunburst Farms Partnership** | Case number (if known) | _____ |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|
| **2.194 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Mosers Garage and Auto Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.195 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Myers Implement Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.196 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Nationwide** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.197 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Norder Supply Inc** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.198 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Performance Automotive Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.199 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **PHI Financial Services** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.200 Western Plains Funds Inc** | **PO Box 701** <br> Number        Street <br><br> **Tribune**        **KS**    **67879** <br> City                    State    ZIP Code | **Pierce Lumber Co Inc** | ☐ D <br> ☑ E/F <br> ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 68 of 83

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |
|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.201 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Plains Mountain Truck & Eq In** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.202 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Poole Chemical Co Inc** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.203 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **ProEx II** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.204 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Scott Steele** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.205 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Servi Tech Inc** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.206 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Sharon Springs Auto Parts** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.207 Western Plains Funds Inc** | PO Box 701 <br> Number      Street <br><br> Tribune          KS    67879 <br> City                State   ZIP Code | **Sipes Seed Sales Inc** | ☐ D <br> ☒ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|
| **2.208 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Skiles Industries** | ☐ D<br>☑ E/F<br>☐ G |
| **2.209 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Stateline Electric Service Inc** | ☐ D<br>☑ E/F<br>☐ G |
| **2.210 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Stockholm Grain LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.211 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Sunray Farm** | ☐ D<br>☑ E/F<br>☐ G |
| **2.212 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Sunshine Farms LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.213 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **The Bank Oberlin Winona Branch** | ☑ D<br>☐ E/F<br>☐ G |
| **2.214 Western Plains Funds Inc** | **PO Box 701**<br>Number    Street<br><br>**Tribune          KS    67879**<br>City                    State   ZIP Code | **Trent Wetta** | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|
| **2.215 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Tumbleweed Welding and Repair** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.216 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Western Kansas Valley Inc** | ☐ D <br> ☑ E/F <br> ☐ G |
| **2.217 Western Plains Funds Inc** | **PO Box 701** <br> Number    Street <br><br> **Tribune**    **KS**   **67879** <br> City    State   ZIP Code | **Western Plains Funds Inc** | ☐ D <br> ☑ E/F <br> ☐ G |

Case 17-11389    Doc# 1    Filed 07/19/17    Page 71 of 83

**Fill in this information to identify the case:**

Debtor Name  **Sunburst Farms Partnership**

United States Bankruptcy Court for the:  **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................... | **$4,296,229.44**

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B..................................................................................... | **$4,296,229.44**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... | **$2,434,532.91**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$33,970.99**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+ $4,132,506.82**

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................ | **$6,601,010.72**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/19/2017**
MM / DD / YYYY

X **/s/ Carol Bloesser**
Signature of individual signing on behalf of debtor

**Carol Bloesser**
Printed name

**President of Western Plains, Debtor's GP**
Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

In re  **Sunburst Farms Partnership**

Case No.  _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................. **$21,717.00**

   Prior to the filing of this statement I have received........................................................ **$21,717.00**

   Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor              ☑ Other (specify)
                               **Carol Bloesser**

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The fees paid represent the retainer amount. A portion of the fees paid were used prior to filing the case, including $1717 for the filing fee. Fees are charged at the hourly rate of $300/hr. for David Eron, $200/hr. for January Bailey, and $75/hr. for legal assistants. All fees are subject to the terms and conditions contained in the retainer agreement, which is available upon request.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/19/2017** | **/s/ David Prelle Eron** |
| *Date* | *David Prelle Eron*                    Bar No.  23429 |
| | Eron Law, P.A. |
| | 229 E. William, Suite 100 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

  **/s/ Carol Bloesser**

*Carol Bloesser*
*President of Western Plains, Debtor's GP*

**Fill in this information to identify the case:**

Debtor name    **Sunburst Farms Partnership**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bartlett Grain Company LP 4900 Main Street  Suite 1200 Kansas City MO USA | | Business Services | | | | $276,553.04 |
| 2 | Poole Chemical Co Inc PO Box 10 Texline TX 79087-0010 | | Goods and Services | | | | $238,001.03 |
| 3 | Frontier Ag Inc PO Box 937 Cheyenne Wells CO 80810 | | Business Services | Disputed | | | $205,010.97 |
| 4 | Norder Supply Inc 136 Main St Bruning NE 68322 | | Goods and Services | | $148,225.52 | $0.00 | $148,225.52 |
| 5 | Agricredit Acceptance LLC PO Box 2000 Johnston IA 50131 | | Equipment Loan Deficiency | Disputed | | | $109,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  PHI Financial Services O Box 660635 Dallas TX 75266-0635 | | Goods and Services | | | | $84,497.90 |
| 7  Ark Valley Oil Company LLC 204 W Ave A PO Box 1027 Syracuse KS 67878 | | Fuel | | | | $31,716.51 |
| 8  Ag Power Equipment Co Inc PO Box 249 1385 KS 27 Sharon Springs KS 67758 | | Business Services | | | | $26,504.11 |
| 9  Sipes Seed Sales Inc 12894 South Rd X Manter KS 67862 | | Goods and Services | | | | $22,230.89 |
| 10  AG Tire Service LLC PO Box 266 Tribune KS 67879 | | Business Services | Disputed | | | $19,311.45 |
| 11  Colorado Retail Ventures Eagle Convenience Stores PO Box 867 Sterling CO 80751 | | Business Services | | | | $18,672.60 |
| 12  Integrity Ag Sales LLC co Jonathan & Kimberly Dansel 590 Rocky Rd Weskan KS 67762 | | Goods and Services | | | | $18,285.00 |
| 13  K Coe Isom Inc PO Box 1100 Salina KS 67402-1100 | | Business Services | | | | $16,977.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14   Crop Protection Services Inc<br>505 N 4th St<br>Leoti KS 67861 | | Business Services | | | | $16,707.76 |
| 15   Stockholm Grain LLC<br>419 S Gardner St<br>PO Box 547<br>Sharon Springs KS 67758 | | Business Services | | | | $15,600.00 |
| 16   Myers Implement Inc<br>309 Broadway<br>PO Box 337<br>Tribune KS 67879-0377 | | Business Services | | | | $15,076.44 |
| 17   CitiBusiness Card<br>701 E 60th St N<br>Sioux Falls SD 57104 | | Credit Card | | | | $14,148.90 |
| 18   Mittens Auto Plaza<br>1001 US-40<br>Oakley KS 67748 | | Goods and Services | | | | $13,699.05 |
| 19   L and N Pump Inc<br>PO Box 504<br>Johnson KS 67855 | | Business Services | | | | $10,386.63 |
| 20   Servi Tech Inc<br>PO Box 1397<br>Dodge City KS 67801-1397 | | Goods and Services | | | | $9,869.62 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **Sunburst Farms Partnership**                                    CASE NO

                                                                                      CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/19/2017 _____          Signature  __*/s/ Carol Bloesser*_____
                                                                                     *Carol Bloesser*
                                                                                     *President of Western Plains, Debtor's GP*

Date _____          Signature _____

1st Choice Insurance LLC
PO Box 397
Tribune KS 67879

Carol Bloesser
PO Box 422
Tribune KS 67879

Dinkel Tire Service
525 Main St
Sharon Springs KS 67758

Ag Power Equipment Co Inc
PO Box 249
1385 KS 27
Sharon Springs KS 67758

Carol Bloesser Trust
PO Box 370
Tribune KS 67879

DLL Finance LLC
PO Box 14535
Des Moines IA 50306-3535

AG Solutions LLC Inc
405 Pikes Peak Rd
Chickasha OK 73018

CitiBusiness Card
701 E 60th St N
Sioux Falls SD 57104

Dylan Steele
610 Michigan Avenue
Tribune KS 67879-7828

AG Tire Service LLC
PO Box 266
Tribune KS 67879

CNH Capital America LLC
100 Brubaker Ave
New Holland PA 17557

East Cheyenne GWMD
PO Box 193
Cheyenne Wells CO 80810

Agricredit Acceptance LLC
PO Box 2000
Johnston IA 50131

CNH Industrial Capital
PO Box 894703
Los Angeles CA 90189-4703

Fairbanks Equipment Inc
3700 Jewell
Wichita KS 67213

Air Care Inc
PO Box 352
Lamar CO 81052

Co Bank care of
Farm Credit Leasing Services Co
600 Hwy 169 South Suite 300
Minneapolis MN 55426

Foley Industries Inc
1601 E 77th St N
Valley Center KS 67147

Ark Valley Oil Company LLC
204 W Ave A
PO Box 1027
Syracuse KS 67878

Colorado Retail Ventures
Eagle Convenience Stores
PO Box 867
Sterling CO 80751

Frontier Ag Inc
PO Box 937
Cheyenne Wells CO 80810

Bank of America
PO Box 15796
Wilmington DE 19886-5710

Crop Protection Services Inc
505 N 4th St
Leoti KS 67861

Golden Plains Outback
650 East Pine Street
Colby KS 67701

Bartlett Grain Company LP
4900 Main Street  Suite 1200
Kansas City MO USA

Crosswire Tire & Auto LLC
PO Box 100
304 Broadway
Tribune KS 67879

Goodland Yost Farm Supply
328 W Hwy 24
Goodland KS 67735-9618

Brandl Electric
206 E Emporia
PO Box 46
Tribune KS 67879

David Black
101 S Main St
Johnson City KS 67855

Grain Conditioning Inc
1305 Black Hawk Rd
Eaton CO 80615-9043

Greeley County Treasurer
616 2nd St
Tribune KS 67879

High Plains Energy
PO Box 1113
110 W Chestnut
Garden City KS 67846-1113

Integrity Ag Sales LLC
co Jonathan & Kimberly Dansel
590 Rocky Rd
Weskan KS 67762

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Jake W Brooks
Attorney at Law
101 E Sixth
PO Box 664
Scott City KS 67871

Jeff Emerson
Conlee Schmidt Emerson
200 W Douglas Suite 300
Wichita KS 67202

Jeffrey Rupp
526 N Main
Sharon Springs KS 67758

JL Exempt Workers Insurance
PO Box 187
Longview TX 75606

K Coe Isom Inc
PO Box 1100
Salina KS 67402-1100

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-30058

KC Electric
422 3rd Avenue
PO Box 8
Hugo CO 80821-0008

L and N Pump Inc
PO Box 504
Johnson KS 67855

Laken Steele
665 Road G
Tribune KS 67879-7944

Lance Cochran
Kennedy Berkley
119 West Iron 7th Floor
PO Box 2567
Salina KS 67402

Lansing Trade Group
10975 Benson Drive Suite 400
Overland Park KS 66210

Laren Steele
665 Road G
Tribune KS 67879-7944

Larry Steele
PO Box 688
Tribune KS 67879-0688

Larry Steele
PO Box 688
Tribune KS 67879-0688

Lease Finance Partners
4825 E Douglas Suite 400
Wichita KS 67218

Logan County Implement
3548 US-40
Oakley KS 67748

Max Steele
697 Road G
Tribune KS 67879-7944

Merchants Capital Resources
7600 Parklawn Ave Ste 384
Minneapolis MN 55435

Midwest Energy Inc
1125 S Range Ave
Colby KS 67701

Mittens Auto Plaza
1001 US-40
Oakley KS 67748

Mosers Garage and Auto Inc
West Highway 96
PO Box 520
Tribune KS 67879-0520

Myers Implement Inc
309 Broadway
PO Box 337
Tribune KS 67879-0377

Nationwide
PO Box 10479
Des Moines IA 50306-0479

Norder Supply Inc
136 Main St
Bruning NE 68322

Performance Automotive Inc
PO Box 501
Lamar CO 81052-0501

PHI Financial Services
O Box 660635
Dallas TX 75266-0635

| | | |
|---|---|---|
| Pierce Lumber Co Inc<br>201 West Greeley Ave<br>PO Box 369<br>Tribune KS 67879-0369 | Skiles Industries<br>101 Grant St<br>Atwood KS 67730 | Western Kansas Valley Inc<br>PO Box 399<br>Sharon Springs KS 67758-0399 |
| Plains Mountain Truck & Eq In<br>PO Box 489<br>Sharon Springs KS 67758-0489 | Stateline Electric Service Inc<br>PO Box 367<br>Sharon Springs KS 67758 | Western Plains Funds Inc<br>PO Box 701<br>Tribune KS 67879 |
| Poole Chemical Co Inc<br>PO Box 10<br>Texline TX 79087-0010 | Stockholm Grain LLC<br>419 S Gardner St<br>PO Box 547<br>Sharon Springs KS 67758 | |
| ProEx II<br>705 Ora St<br>Scott City KS 67871-1842 | Sunray Farm<br>PO Box 701<br>Tribune KS 67879 | |
| Red Sunrise Farms LLC<br>PO Box 701<br>Tribune KS 67879 | Sunset Farms LLC<br>PO Box 701<br>Tribune KS 67879 | |
| Scott Steele<br>510 Michigan Ave<br>Tribune KS 67879-7828 | Sunshine Farms LP<br>PO Box 422<br>Tribune KS 67879 | |
| Scoular Company<br>12501 West US-50 Scenic<br>Coolidge KS 67836 | The Bank Oberlin Winona Branch<br>PO Box 235<br>Winona KS 67764 | |
| Servi Tech Inc<br>PO Box 1397<br>Dodge City KS 67801-1397 | Trent Wetta<br>PO Box 8166<br>Wichita KS 67208 | |
| Sharon Springs Auto Parts<br>South Highway 27<br>Box 623<br>Sharon Springs KS 67758 | Tumbleweed Welding and Repair<br>606 W Park<br>Holly CO 81047 | |
| Sipes Seed Sales Inc<br>12894 South Rd X<br>Manter KS 67862 | US Attorney Wichita<br>1200 Epic Center<br>301 N Main<br>Wichita KS  67202 | |

IN RE:                                                      CHAPTER   **11**
**Sunburst Farms Partnership**


DEBTOR(S)                                                   CASE NO


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Red Sunrise Farms LLC<br>PO Box 701<br>Tribune KS 67879 | General Partner | 1/3 interest | Partnership |
| Sunset Farms LLC<br>PO Box 701<br>Tribune KS 67879 | General Partner | 1/3 interest | Partnership |
| Western Plains Funds Inc<br>PO Box 701<br>Tribune KS 67879 | General partner | 1/3 interest | partnership |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President of Western Plains, Debtor's GP**_____ of the _____**Partnership**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**7/19/2017**_____          Signature:__**/s/ Carol Bloesser**_____
                                                    *Carol Bloesser*
                                                    **President of Western Plains, Debtor's GP**