IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
SUNBURST FARMS PARTNERSHIP, ) Case No. 17-11389
) Chapter 11
Debtor-in-Possession. )
_____)

### NOTICE OF INTENDED SALE OF EQUIPMENT COMBINED WITH MOTION TO SELL FREE AND CLEAR OF LIENS AND DATE TO FILE OBJECTIONS OF NOVEMBER 10, 2017 WITH HEARING ON ANY OBJECTIONS OF DECEMBER 7, 2017 AT 10:30 A.M. (SALE NO. 1)

1. Notice is hereby given of the intended sale pursuant to 11 U.S.C. §363(f), of the debtor's farming equipment, described on the attached Exhibit "A".

2. The sale will be on-line only, with bids opening at 5:00 p.m., CST, December 11, 2017 (Monday), and closing at different times, based on category or type of equipment, beginning December 13, 2017 and continuing until complete, no later than December 15, 2017.

3. All bids should be presented to: Auctiontime.com. The equipment will be listed by category or type on such site. Each items will have a "count down timer" to establish the closing time for bids as to that item.

4. Costs of the sale will include: (a) auctioneer's fee of 5% of gross proceeds to High Plains Online Auction Service, LLC, (b) any unpaid personal property tax attributable to the equipment, and (c) motion fee $181.00.

3. The property will be sold in its present condition with no express or implied warranties, and the purchaser is to accept such property in its present condition. The sale will be free and clear of liens, see ¶5.

4. The Debtor also moves for authority to sell the above described property free and clear of liens pursuant to Fed.R.Bankr.P. 6004(c). Objections to this motion should be made and served in the manner set out in ¶8 below. If the motion is granted, the sale will be free and clear of all liens and similar

25C1877.DOC

encumbrances. Any liens or similar encumbrances will attach to the proceeds.

5. The equipment is subject to the following liens:

a. Security interest in favor of The Bank, Winona, Kansas, as to all the equipment, and other property.

b. Security interest in favor of CNH Capital America, LLC, as to four (4) Case combines, and four (4) Case headers.

6. Costs of the sale, as set out in ¶4 above, may be assessed against the equipment pursuant to 11 U.S.C. §506(c), as needed. Net funds will be disbursed to The Bank and CNH Capital America per their respective liens. Any net proceeds over and above the liens will be held in the Debtor-in-Possession ("DIP") account pending further order of the Court.

7. The sale will also include two (2) Versatile 450 tractors (S/N 704058 and 704059). These tractors were previously owned by the Debtor, subject to a lien to AgriCredit. Such lien was paid by sale of the tractors to Sunray Farms, Inc. per lease financing with Lease Finance Partners, Inc. ("LFP"). Sale of the tractors will be subject to a reserve for payment in full to LFP per its lease financing. The reserve price will be the pay-off, plus costs of the sale per ¶4 as to the tractors. As of October 15, the pay-off is approximately $211,500.00. If the reserve is met, net proceeds will be deposited to the DIP account pending further order of the Court. If the reserve is not met, the tractors will not be sold.

8. Objections to the intended sale, of the bidding procedures, the allowance and/or payment of administrative expenses, and/or the motion for authority as set out herein shall be made in writing and filed with the Clerk of the U.S. Bankruptcy Court, Room 167, 401 N. Market, Wichita, Kansas 67202 on or before November 10, 2017. Copies of any objections must be served upon counsel for DIP at 301 N. Main, Suite 1600, Wichita, Kansas 67202. If no objections are made to the sale, payment of the above items, or motion for authority, the Court may enter orders as to the same without further notice. If objections are timely filed a hearing will be held before the United States Bankruptcy Court, 401 N. Market, Room 150, Wichita, Kansas on December 7, 2017 beginning at 10:30 a.m.

DATED: October 20, 2017.

KLENDA AUSTERMAN LLC
301 North Main, Suite 1600
Wichita, Kansas 67202
(316) 267-0331
jmmorris@klendalaw.com

By: /s/ *J. Michael Morris*
    J. Michael Morris #9292
    Attorney for Sunburst Farms Partnership

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 20th day of October, 2017 the above was filed via CM/ECF with the Clerk of the Bankruptcy Court and copies e-mailed or mailed, first class, postage prepaid, to those listed on the attached matrix.

    /s/ *Kandance R. Sharp*
    Kandance R. Sharp

# SUNBURST FARMS PARTNERSHIP

10/17/2017

| TYPE | YEAR | MAKE | MODEL | Current Value | VALUE | VIN # | TAG # | Tag renewed | LIEN HOLDER | Ins |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 Wheeler | 2001 | Yamaha | 600 Grizzly w/Winch/NOT RUNNING | 100 | 4,250 | JY4AJ02Y91A006037 | | | | |
| Auger | 1992 | Mayrath | 51' x 8' Auger | 1,000 | 1,600 | | | | | |
| Backhoe | 1965 | Allis-Chalmers | 715B - Motor Out | 1,000 | 10,000 | 2524 | | | The Bank | |
| Baler | 1996 | Case | 8465 Baler | 2,000 | 12,000 | 78288 | | | | |
| Bale Stabber | | | West Point IMP | 250 | 2,800 | | | | | |
| Blade | 1997 | Grouser | Tractor Blade (for 8960 Tractor below) | 2,500 | 3,490 | | | | | |
| Combine | 2010 | Case | 8120 | 150,000 | 212,000 | YBG212799 | | | CNH Captial/The Bank | FAMI |
| Combine | 2011 | Case IH | 8120 | 175,000 | 273,000 | YBG211681 | | | CNH Capital/The Bank | FAMI |
| Combine | 2011 | Case IH | 8120 | 175,000 | 277,000 | YBG211682 | | | CNH Capital/The Bank | FAMI |
| Combine | 2011 | Case IH | 8120 | 175,000 | 265,000 | YAG208722 | | | CNH Capital/The Bank | FAMI |
| Conveyer | 2008 | Speed King | Field Loader conveyer | 5,000 | 13,606 | 90719600 | | | | |
| Conveyer | 2008 | Speed King | Field Loader conveyer | 5,000 | 13,000 | | | | | |
| Cultivator | 2011 | Heniken | Cultivator | 1,500 | 4,500 | 5000-1340-100 | | | | |
| Disc | 1978 | John Deere | 440 26' Disc - Old Unuseable | 500 | 2,000 | | | | | |
| Disc | 2003 | Sunflower | 1443 36' Tandem Disc | 21,000 | 37,000 | | | | | |
| Disc, Reel | | McFarland | McFarland 25' 8" Reel Disk | 26,000 | 43,011 | | | | | |
| Drill | 1970 | John Deere | 13 8-12 LZ Drills | 100 | 6,500 | | | | | |
| Drill | 1998 | Flexicoil | 5000 - 59' Air Seeder w/Air Cart | 32,000 | 57,000 | seeder R065811 / cart R063994 | | | | |
| Drill | 2003 | Sunflower | 9433 40' | 35,000 | 51,500 | 09433H20030043 | | | The Bank | |
| Drill | 2005 | Sunflower | 9433 No-till 40' | 37,000 | 35,000 | 09435GZ0040090 | | | | |
| Drill | 2010 | Case IH | Air Drills Precision Drill/planter SDX40 | 85,000 | 87,600 | Y95003866 | | | | |
| Drill Cart | 2010 | Case IH | Air Systems Precision Air Cart (goes with 2010 drill *above*) | 49,000 | 49,000 | Y95015771 | | | | |
| Drill | 2008 | Case IH | SDX 40' Disk Drill | 40,000 | 70,000 | | | | | |
| Drill Cart | 2008 | Case IH | ADX 223 Air Cart (goes with 2008 drill *above*) | 25,000 | 50,000 | | | | | |
| Fork Lift | 1998 | Yale | fork lift | 4,500 | 6,500 | E177819466 | | | | |
| Fork Lift | | Cat | 420 - OLD - Not Working | 500 | 2,500 | 420590100 | | | | |
| Generators | | | 3 PTO Generators | 3,000 | 3,600 | | | | | |
| Grain Cart | 1999 | UFT Cartveyer | 4765 | 10,000 | 12,000 | 8597 | | | The Bank | |
| Grain Cart | 2010 | Demco | 850 | 21,000 | 26,500 | A21431 | | | | |
| Hay Wagon | 1988 | John Deere | Stack Wagon 300 - Old - Not Working | 500 | 1,500 | 570 | | | | |
| Header | 2006 | Case IH | 2208 Corn Head | 20,000 | 39,500 | CBJ030140 | | | The Bank | |
| Header | 2011 | Case IH | 3212 Corn Head | 35,000 | 83,500 | YAS023709 | | | The Bank | |
| Header | 2009 | Case IH | 2152/DAMAGED–uninsurable | 20,000 | 60,000 | Y92N06134 | | | CNH Capital/The Bank | FAMI |
| Header | 2011 | Case IH | 2152 | 45,000 | 60,000 | YAZN07133 | | | CNH Capital/The Bank | FAMI |
| Header | 2011 | Case IH | 2152 | 45,000 | 60,000 | YAZN07134 | | | CNH Capital/The Bank | FAMI |
| Header | 2011 | Case IH | 2152 | 45,000 | 62,500 | YBZN07878 | | | CNH Capital/The Bank | FAMI |
| Header | | John Deere | JD 853 Row Crop Head | 2,500 | 2,919 | | | | | |
| Hoe | 2010 | Yetter | 3530 MT Rotary Hoe 30' | 7,000 | 7,000 | | | | | |
| Hoe | 2010 | Yetter | 3541 MT Rotary Hoe 40' | 9,000 | 9,000 | | | | | |
| Mower | 1993 | Toro | Groundmaster 455 D Peugot | 2,500 | 4,500 | | | | | |
| Mower | 2013 | Brush Hog | 2720 20' | 16,000 | 19,500 | 1210293 / 200293 | | | | |
| Payloader | 1973 | Caterpillar | 944 Loader - Steering Bad, Engine Needs Work | 1,500 | 9,800 | | | | | |
| Payloader | 1974 | Caterpillar | 944 Payloader - Engine Out/NOT RUNNING | 1,500 | 9,800 | | | | | |
| Payloader | 2003 | KD | 5500 Front End Loader w/84" Bucket | 3,000 | 4,000 | 55-1429 | | | | |
| Pickup | 1983 | Ford | 3/4 T 4x4 - Flat Bed Dually/NOT RUNNING | - | 1,500 | 1FTHF261XDPA92177 | UBW353 | 10/15/2010 | The Bank | |
| Pickup | 1984 | Ford | F250 Pickup/NOT RUNNING–Not Tagged | - | 800 | 1FTHF25H1KNB53648 | UBW352 | 10/15/2010 | The Bank | |
| Pickup | 1985 | Ford | F250 3/4 T Pickup/NOT RUNNING–Not Tagged | - | | 1FTHF251XFKA68723 | XRC212 | 10/15/2010 | | |
| Pickup | 1986 | Ford | F250 Pickup/NOT RUNNING–Not Tagged | 2,000 | 1,500 | 1FTHF2612GKA32881 | 976CXZ | 10/19/2016 | | |
| Pickup | 1989 | Ford | F250 Pickup/NOT RUNNING | 1,000 | 800 | 1FTEX14N3RKB82968 | 650BOC | 10/19/2016 | The Bank | |
| Pickup | 1994 | Ford | F150/NOT RUNNING | 1,500 | 5,500 | 1FTEX14N3RKB82968 | 977CXZ | 10/19/2016 | The Bank | |
| Pickup | 1994 | GMC | Sierra 150/NOT RUNNING | 1,500 | 2,500 | 2GTEK19S7R1525715 | 975CXZ | 10/19/2016 | | |
| Pickup | 1995 | Dodge | 3500 Pickup - transmission out/NOT RUNNING | 2,000 | 6,000 | 1B7MF36W0SS301470 | 598BOC | 2/16/2016 | The Bank | Progres |
| Pickup | 2001 | Chevrolet | Silverado 1500 Base - Need engine overhaul/NOT RUNNING | 2,000 | 11,000 | 1GCEK19T81E169481 | 033EQS | 10/19/2016 | The Bank | Progres |
| Pickup | 2008 | Chevrolet | Silverado 1500 | 12,000 | 20,000 | 2GCEK13M881178114 | 827AQV | 10/19/2016 | | |
| Ripper | 2002 | Ag Engineering | 30-AUG Dammer Ripper | 10,000 | 11,000 | | | | | |
| Saw | 2010 | | Cement Saw | 500 | 1,217 | | | | | |
| Sprayer | 1996 | Terra Gator | 1844 Dry Spreader Air Max/GPS - new fan - very good | 32,000 | 42,165 | 8T12486 | | | The Bank | |
| Sprayer | 2006 | RHS Bestway | FP111 1600 Gal w/90' boom | 15,000 | 36,400 | 20001-06 | | | The Bank | |
| Sprayer | 2008 | Case IH | SPX 3320 | 145,000 | 202,500 | Y8T022614 | | | The Bank | |
| Sprayer | 2011 | Case IH | SPX 3330 | 195,000 | 279,000 | YBT029246 | | | | |
| Swather | 1990 | John Deere | 1600 14' Hydro Swing | 1,000 | 2,500 | 855306 | | | | |

## SUNBURST FARMS PARTNERSHIP

| Category | Year | Make | Description | Value1 | Value2 | VIN/Serial | Tag | Date | Lienholder | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Sweep | 2002 | Sunflower | 3392-52 9x6 | 40,000 | 56,000 | 20020005 | | | The Bank | |
| Sweep | 2002 | Sunflower | 3392-52 9x6 | 40,000 | 56,000 | 20020010 | | | The Bank | |
| Sweep | 2002 | Sunflower | 3392-52 9x6 | 40,000 | 56,000 | 2002006 | | | The Bank | |
| Strip Tiller | 2008 | Orthman | Tank Strip Tiller | 30,000 | 13,200 | | | | | |
| Caddy | 2015 | Buffalo Welding | Caddy for Strip Tiller with 1400 gallon tank | 14,000 | 15,000 | | | | | |
| Tank, Fertilizer | 1992 | Duo-Lift | 4 Tanks - fertilizer | 3,500 | 5,000 | | | | | |
| Tank, Fertilizer | | | 2 5,000 gallon each Fertilizer Tanks | 1,000 | 2,000 | | | | | |
| Tank, Fuel | 1979 | Trailmobile | Tank - very good | 8,000 | 7,500 | V40609 | 525411 | Permanent | The Bank | |
| Tank, Water Pumps | | | Water Tank Pumps on Butler Tanker below | 400 | 1,459 | | | | | |
| Tanker, Water | 1960 | Butler | 5th Wheel Water Tanker - good | 3,000 | 4,100 | 0793NAM | 597 BOC | 2/16/2016 | The Bank | |
| Tiller | 2007 | Orthman | 16 Row Strip Tiller w/dual fertilizer | 30,000 | 43,300 | 1307-12 | | | The Bank | |
| Tiller | 2007 | Blue Jet | Trackmaster Pivot track | 4,500 | 2,750 | 009879 | | | | |
| Tool Bar | 1990 | Bigham Brothers | Tool Bar w/NH3 Adapters & Raven Monitor S4460 | 13,500 | 10,100 | 9604012DESCCTRSEC7Ronrdopt | | | | |
| Tractor | 1968 | John Deere | 5020 - Transmission Out/NOT RUNNING | 1,000 | 6,500 | | | | | |
| Tractor | 1990 | Case IH | 7130/GPS | 20,000 | 38,779 | JJA0021068 | | | The Bank | |
| Tractor | 1992 | Ford | Versatile 4-WD - 946/GPS | 25,000 | 58,279 | D485015 | | | | |
| Tractor | 1995 | Ford | 9880 4WD/GPS | 35,000 | 65,280 | D101644 | | | | |
| Tractor | 1996 | Ford | 9880 4WD/GPS - Transmission Out/NOT RUNNING | 5,000 | 61,279 | D401644 | | | | |
| Tractor | 2007 | Case IH | MX305 FWA Row Crop/GPS | 110,000 | 195,500 | Z6RZ02376 | | | The Bank | |
| Tractor | 1990 | John Deere | 8960 Tractor | 25,000 | 18,904 | | | | | |
| Trailer | 1977 | Ranco | Trailers - Fertilizer 3 axle GooseNeck - Axel Out | 1,500 | 4,500 | 771221 | 771221 | Permanent | | |
| Trailer | 1978 | Muva II | Trailer for machinery | 8,000 | 10,000 | 4116 | 525409 | Permanent | The Bank | |
| Trailer | | | Chemical Transfer System on Diamond Trailer below | 11,000 | 11,047 | | | | | |
| Trailer | 1985 | Diamond | Drop Deck Trailer(Sprayer)-3200 gal tank, Pitstop System | 35,000 | 20,000 | 0208 | 525402 | Permanent | | |
| Trailer | 1994 | Homemade | Trailer | 1,500 | 1,500 | KS114281 | 525408 | Permanent | | |
| Trailer | 2003 | Gooseneck | Tandem Dual 32~ Trailer | 4,500 | 4,500 | 1R9GU32273114681O(9) | 525683 | Permanent | | |
| Trailer | 2003 | Gooseneck | Tandem Dual 32~ Trailer | 4,500 | 4,500 | 129GU322731468110 | need title | | | |
| Trailer | 2003 | Hitch Pull | Tandem 18~ Trailer - Axels Out | 500 | 2,500 | 1R9CH182931468112 | 525407 | Permanent | | |
| Trailer | 2003 | Utility | 14~ Trailer | 1,000 | 1,000 | 1R9UH162X31468113 | 525406 | Permanent | | |
| Trailer | 2014 | P.J. | Car Hauler | 5,000 | 5,430 | 4PSTG2023E1209183 | 203DQR | 2/16/2016 | | |
| Trailer | 1978 | Muvall | 45,000 lb Implement Trailer | 6,500 | 10,300 | | | | | |
| Trailer, Fertilizer | 2006 | Crustbuster | 2 Trailers/1000 Gal NH3 Tanks | 2,500 | 2,500 | | | | | |
| Trailer, Fertilizer | 2014 | Wylie | W2213 Triple Cone Bottom Trailer | 10,000 | 10,500 | 51229 | | | The Bank | Progres |
| Trailer/Grain | 2008 | Maurer | Grain Trailer | 18,000 | 21,500 | 1M9KG42298S152057 | 525404 | Permanent | The Bank | |
| Trailer/Grain | 2008 | Maurer | Grain Trailer (Wrecked) | 10,000 | 21,500 | 1M9KG42278S152056 | 525403 | Permanent | The Bank | |
| Trailer/Grain | 2010 | Mauer | Grain Trailer | 18,000 | 21,660 | 1M9KG4228AS152024 | 525410 | Permanent | First Tribune Insurance Agency | Progres |
| Trailer/Grain Pup | 1988 | Jet | 22' Hopper/Pup Grain Trailer | 8,000 | 8,500 | 1J9G2210XJH009041 | 525412 | Permanent | The Bank | |
| Truck | 1967 | Ford | 2T Tandem Grain Truck/NOT RUNNING/Not Tagged | 3,000 | | F8SKUA43136 | 567 BHY | 1/21/2011 | | |
| Truck | 1967 | International | Loadstar 1800 Truck CWT | 2,000 | 1,200 | 416080G240511 | 566 BHY | 2/16/2016 | | |
| Truck | 1969 | Ford | 2T Tandem Grain Truck/NOT RUNNING/Not Tagged | | | M80CUF31013 | XRC 214 | 1/21/2011 | | |
| Truck | 1971 | Chevrolet | C60 Grain Truck | 2,500 | 16,500 | ME631P137360 | 708 BUO | 2/16/2016 | The Bank | |
| Truck | 1971 | Chevrolet | Tire Truck - Service Box/NOT RUNNING | 2,000 | 3,000 | CE331J645087 | 194107 Antiqu | 2/16/2016 | | |
| Truck | 1977 | International | Semi/NOT RUNNING/Not Tagged - Transmission Out | 1,000 | | KS105686 | XRC 215 | 1/21/2011 | | |
| Truck | 1978 | GMC | 6500 Truck 2T - NOT RUNNING | 1,000 | 500 | TCE678U587787 | 707 BUO | 2/16/2016 | The Bank | |
| Truck | 1980 | Freightliner | Tandem 25~Box & Hoist (Heavy Highway Vehicle) | 4,000 | | CB113HP186555 | 705 BUO | 2/16/2016 | The Bank | |
| Truck | 1990 | GMC | Top Kick w/flat bed | 1,500 | 3,000 | 1GDJ7H18LJ602211 | 448 DQR | 10/19/2016 | The Bank | |
| Truck | 1994 | International | 8100 Grain Truck/Hoistbox(Heavy Highway Vehicle) | 14,000 | 18,000 | 1HSHCAURXRH59S258 | 727 BHY | 2/16/2016 | | |
| Truck | 1995 | GMC | Top Kick | 5,000 | 3,000 | 1GDG6H1J4SJ516079 | 911 BOC | 10/19/2016 | The Bank | |
| Truck/Grain | 1958 | Chevrolet | Truck - NOT RUNNING | 1,000 | 1,500 | V6B58K133574 | 96814 Antiqu | 2/16/2016 | | |
| Truck/Semi | 1967 | Kenworth | Heavy Truck - Semi (Heavy Hwy Vehicle)NOT RUNNING | 1,000 | 4,000 | 204133 | 703 BUO | 2/16/2016 | The Bank | |
| Truck/Semi | 1997 | Freightliner | Semi Truck(Heavy Highway Vehicle) | 5,000 | 5,900 | 1FUYDSE87VL844824 | 709 BUO | 2/16/2016 | The Bank | |
| Truck/Semi | 1999 | Western Star | Semi Truck(Heavy Highway Vehicle) | 14,000 | 20,000 | 2WKEDDCJ5XK955375 | 776 ACK | 2/28/2017 | | Progres |
| Truck/Semi | 1999 | Freightliner | Semi Truck(Heavy Highway Vehicle) | 11,000 | 11,500 | 1FUYSSEB6XLA63322 | 985CXZ | 2/28/2017 | | Progres |
| Truck/Semi #2 | 2000 | Peterbilt #2 | 379 Semi Truck(Heavy Highway Vehicle)(Big Pete) | 20,000 | 22,000 | 1XP5D89XXYD480847 | 726 BHY | 2/28/2017 | | Progres |
| Truck/Semi #3 | 1990 | Peterbilt #3 | Semi Truck(Heavy Highway Vehicle)NOT RUNNING | 6,500 | 10,000 | 1XPCDB9X3LN291998 | 710 BUO | 2/16/2016 | The Bank | |
| | | | TOTAL | 2,445,850 | 3,686,025 | | | | | |

| | | |
|---|---|---|
| Jordan Sickman<br>Assistant United States Trustee<br>301 North Main, Suite 1150<br>Wichita, Kansas 67202 | Richard A. Wieland<br>U.S. Trustee<br>301 North Main, Suite 1150<br>Wichita, Kansas 67202 | James R. Angell<br>Kennedy Berkley Yarnevich &<br>Williamson, Chtd.<br>P.O. Box 2567<br>Salina, Kansas 67402-2567 |
| Patricia A. Reeder<br>Wonder, Reeder & Girard, P.A.<br>P.O Box 67689<br>Topeka, Kansas 66667-0689 | William B. Sorensen, Jr.<br>Morris, Laing, Evans, Brock & Kennedy<br>300 North Mead, Suite 200<br>Wichita, Kansas 67202-3084 | Jerald S. Enslein<br>Martin, Pringle, Oliver, Wallace &<br>Bauer, LLP<br>4435 Main Street, Suite 920<br>Kansas City, Missouri 694111 |
| Eric D. Bruce<br>Bruce & Lehman, LLC<br>P.O. Box 75037<br>Wichita, Kansas 67275-5037 | Karl R. Swartz<br>Morris, Laing, Evans, Brock & Kennedy<br>300 North Mead, Suite 200<br>Wichita, Kansas 67202-2745 | Samantha MH Woods<br>Martin, Pringle, Oliver, Wallace &<br>Bauer, LLP<br>100 North Broadway, Suite 500<br>Wichita, Kansas 67202 |
| Edward J. Nazar<br>Hinkle Law Firm, LLC<br>1617 N Waterfront Parkway, Suite 400<br>Wichita, Kansas 67206-6639 | David G. Arst<br>Arst & Arst, P.A.<br>555 North Woodlawn, Suite 115<br>Wichita, Kansas 67208 | US Attorney<br>1200 Epic Center<br>301 N Main<br>Wichita, Kansas 67202-4802 |
| Bill Vernon<br>Bartlett Grain Co. LLP<br>4900 Main St. Suite 1200<br>Kansas City, MO 64112 | Nina Sipes<br>Sipes Seed Sales, Inc.<br>12894 S RDX<br>Manter, KS 67862 | Ab Smith<br>Stockholm Grain, LLC<br>PO Box 547<br>Sharon Springs, KS 67758 |
| Sunburst Farms Partnership<br>116 W Greeley<br>Tribune, KS 67879 | Poole Chemical Co Inc<br>PO Box 10<br>Texline, TX 79087-0010 | Frontier Ag Inc<br>PO Box 937<br>Cheyenne Wells, CO 80810 |
| Agricredit Acceptance LLC<br>PO Box 2000<br>Johnston, IA 50131 | Norder Supply Inc.<br>136 Main St<br>Bruning, NE 68322 | PHI Financial Services<br>PO Box 660635<br>Dallas, TX 75266-0635 |
| Ark Valley Oil Co LLC<br>PO Box 1027<br>Syracuse, KS 67878 | Ag Power Equipment Co Inc.<br>PO Box 249<br>Sharon Springs, KS 67758 | AG Tire Service LLC<br>PO Box 266<br>Tribune, KS 67879 |
| Colorado Retail Ventures<br>Eagle Convenience Stores<br>PO Box 867<br>Sterling, CO 80751 | Integrity Ag Sales LLC<br>c/o Jonathan & Kimberly Dansel<br>590 Rocky Rd<br>Weskan, KS 67762 | K Coe Isom Inc.<br>PO Box 1100<br>Salina, KS 67402-1100 |

| | | |
|---|---|---|
| Crop Protection Services Inc.<br>505 N 4th St<br>Leoti, KS 67861 | Myers Implement Inc<br>309 Broadway<br>PO Box 337<br>Tribune, KS 67879-0377 | CitiBusiness Card<br>701 E 60th St N<br>Sioux Falls, SD 57104 |
| Mittens Auto Plaza<br>1001 US-40<br>Oakley, KS 67748 | L and N Pump<br>PO Box 504<br>Johnson, KS 67855 | Servi Tech Inc.<br>PO Box 1397<br>Dodge City, KS 67801-1397 |
| CNH Industrial Capital<br>PO Box 894703<br>Los Angeles, CA 90189-4703 | Lease Finance Partners<br>4825 E Douglas Suite 400<br>Wichita, KS 67218 | The Bank Oberlin Winona Branch<br>PO Box 235<br>Winona, KS 67764 |
| John Lawrence<br>Pool Chemical Co., Inc.<br>111 N 1st<br>Texline, TX 79087 | Rick Williamson<br>L&N Pump, Inc.<br>PO Box 504<br>Johnson, KS 67855 | Kelsey N. Frobisher<br>Foulston Siefkin LLP<br>1551 N Waterfront Parkway, Suite 100<br>Wichita, KS 67206-4466 |